UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY HARPER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PURPLE INNOVATION, INC.,<br><br>    Defendant. | Case No. CV 20-38-BLG-SPW<br><br>**ORDER** |

The Plaintiff moves for the admission of Philip Fraietta to practice before the Court in the above captioned matter with Colin Gerstner of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS ORDERED that the Plaintiff's motion to admit Philip Fraietta to appear *pro hac vice* is GRANTED and he is authorized to appear as counsel with Colin Gerstner pursuant to L.R. 83.1(d) in this case.

DATED this 11th day of May, 2020.

SUSAN P. WATTERS
United States District Judge