

MAY 1 4 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY HARPER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PURPLE INNOVATION, INC.<br><br>Defendant. | Case No. CV 20-38-BLG-SPW<br><br>**ORDER** |

Upon review of Defendant's Unopposed Motion to Stay Scheduling Order Pending Resolution of Defendant's Motion to Dismiss (Doc. 13), and for good cause shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. All deadlines set forth in this Court's Scheduling Order (Doc. 4) are hereby **STAYED** until this Court issues its ruling on Defendant's pending Motion to Dismiss (Doc. 9).

**IT IS FURTHER ORDERED** that the preliminary pretrial conference set for Monday, June 8, 2020, at 1:30 p.m. is **VACATED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 14th day of May, 2020.

Susan P. Watters
SUSAN P. WATTERS
U.S. District Court Judge

1