

**FILED**

JUN - 2 2020

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY HARPER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURPLE INNOVATION, INC.,<br><br>Defendant. | Case No. CV 20-38-BLG-SPW<br><br>**ORDER** |

On May 11, 2020, the Defendant filed a motion to dismiss the complaint. (Doc. 9). On June 1, the Plaintiff filed an amended complaint. (Doc. 15). The amended complaint supersedes the original complaint, rendering the motion to dismiss moot. *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). The motion to dismiss the complaint (Doc. 9) is therefore denied.

DATED this 2nd day of June, 2020.

SUSAN P. WATTERS
United States District Judge