IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUL - 8 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| MARY HARPER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PURPLE INNOVATION, INC.<br><br>Defendant. | Case No. CV 20-38-BLG-SPW<br><br>**ORDER** |

Upon review of Defendant's Unopposed Motion to Stay Scheduling Order Pending Resolution of Defendant's Forthcoming Motion to Dismiss (Doc. 24), and for good cause shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. All deadlines set forth in this Court's Scheduling Order (Doc. 20) are hereby **STAYED** until this Court issues its ruling on Defendant's forthcoming Motion to Dismiss.

**IT IS FURTHER ORDERED** that the preliminary pretrial conference set for Monday, August 3, 2020, at 1:30 p.m. is **VACATED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 8th day of July, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
U.S. District Court Judge

1