UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY HARPER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURPLE INNOVATION, INC.,<br><br>Defendant. | Case No. CV 20-38-BLG-SPW<br><br>**ORDER** |

The Defendant moves for the admission of Jordan K. Cameron to practice before the Court in the above captioned matter with Trevor Everett of Billings, Montana, designated as local counsel (Doc. 28). The motion complies with Local Rule 83.1(d).

IT IS ORDERED that the Defendant's unopposed motion to admit Jordan K. Cameron to appear *pro hac vice* is GRANTED and he is authorized to appear as counsel with Trevor Everett pursuant to L.R. 83.1(d) in this case.

DATED this 16th day of July, 2020.

SUSAN P. WATTERS
United States District Judge