Colin Gerstner
Paul Adam
GERSTNER ADAM LAW PLLC
2702 Montana Avenue, Suite 201B
P.O. Box 2359
Billings, MT 59103
(406) 969-3100
colin@gerstneradamlaw.com
paul@gerstneradamlaw.com

Frank S. Hedin (*Pro Hac Vice* Forthcoming)
fhedin@hedinhall.com
David W. Hall (*Pro Hac Vice* Forthcoming)
dhall@hedinhall.com
HEDIN HALL LLP
1395 Brickell Avenue, Ste 1140
Miami, Florida 33131
Telephone:   + 1 (305) 357-2107
Facsimile:   + 1 (305) 200-8801

Joseph I. Marchese (*Pro Hac Vice* Forthcoming)
jmarchese@bursor.com
Philip L. Fraietta (*Pro Hac Vice*)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Telephone:   + 1 (646) 837-7150
Facsimile:   + 1 (212) 989-9163

*Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA

| | |
|---|---|
| MARY HARPER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PURPLE INNOVATION, LLC,<br><br>    Defendant. | Case No. 20-CV-00038-SPW<br><br>CLASS ACTION<br><br>**VOLUNTARY DISMISSAL OF PURPLE INNOVATION, LLC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mary Harper hereby dismisses without prejudice all claims against Defendant Purple Innovation, LLC.

DATED this 27th day of July, 2020.

> GERSTNER ADAM LAW PLLC
> HEDIN HALL LLP
> BURSOR & FISHER, P.A.
>
> /s/ Philip L. Fraietta
> By: Philip L. Fraietta
> *Attorneys for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2020, a copy of the foregoing was served upon the following by the following means:

| | | | |
|---|---|---|---|
| _1, 2_ | CM/ECF filing | _____ | Overnight Delivery Service |
| _____ | Hand Delivery | _____ | Facsimile |
| _____ | U.S. Mail | _____ | E-mail |

1.  Clerk, U.S. District Court

2.  Trevor Everett
    Jordan K. Cameron
    DURHAM JONES & PINEGAR, P.C.
    3301 N Thanksgiving Way, Suite 400
    Lehi, Utah 84043
    Telephone: (801) 375-6600
    Fax: (801) 375-3865

    *Counsel for the Defendant*

                    By:    /s/ Philip L. Fraietta
                           Philip L. Fraietta
                           BURSOR & FISHER, P.A.
                           *Attorneys for Plaintiff and the Putative Class*